Sean RIGGINS *v.* STATE of Arkansas

CR 94-44                                                  870 S.W.2d 377

Supreme Court of Arkansas
Opinion delivered January 31, 1994

*Mark F. Hampton*, for appellant.

No response.

PER CURIAM. Petitioner, Sean Riggins, by his attorney, Mark F. Hampton, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to a mistake on his part.

■ We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion.

*See Terry* v. *State*, 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

A copy of this opinion will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.